```
Wed Jan 24 11:26:28 2001

     UNITED STATES DISTRICT COURT

       SCRANTON    , PA

Receipt No.   111 133100
Cashier       pamela

Tender Type  CHECK

Check Number: 42284

Transaction Type   AR

D/Code     Div No     Acct
4G67         1        0869PL

Amount           $    22.06

STATE CORR AT ROCKVIEW RE L. NORRIS
BOX A BELLEFONTE, PA 16823

FILING FEE FOR APPEAL IN 1-00-CV-165
```

(13)

1-25-

1:00-1856

**FILED**
HARRISBURG

JAN 2 4 2001

MARY E. D'ANDREA, CLERK
Per _____
      DEPUTY CLERK

partial appeal fee