```
Thu Feb 15 10:08:16 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.  111 133298
Cashier         pamela

Tender Type  CHECK

Check Number: 42757

Transaction Type  AR

D/ Code    Div No     Acct
 4667        1        0869PL

Amount              $   29.56

STATE INST AT ROCKVIEW FOR L.NORRIS
BOX A BELLEFONTE, PA 16823


hn
```

**FILED**
HARRISBURG

FEB 1 5 2001

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

00-1856
Partial fee for appeal

PRSLC  [signature] Schimelfenig