copy

```
Fri Mar 16 14:18:06 2001

    UNITED STATES DISTRICT COURT
       SCRANTON    , PA

Receipt No.   111 133490
Cashier         jill

Tender Type  CHECK

Check Number: 43380

Transaction Type   AR

DO Code    Div No    Acct
 4667        1      0869PL

Amount          $    26.48

 SCI AT ROCKVIEW BOX A, BELLEFONTE, P
A 16823

  PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-1856




cn
```

CV-00-1856

Partial filing fee
for appeal

FILED
HARRISBURG

MAR 16 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK