16 pm
4/18/01

```
Tue Apr 17 11:33:15 2001

    UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   111 133720
Cashier       pamela

Tender Type   CHECK

Check Number: 43976

Transaction Type   AR

DO Code    Div No    Acct
4667         1       0869PL

Amount        $    26.90

STATE CORR INST AT ROCKVIEW BOX A BE
LLEFONTE, PA 16823

PARTIAL FEE FOR APPEAL FOR LEON NORR
IS
```

FILED
HARRISBURG, PA

APR 17 2001

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

00-1856
partial fee
for appeal