OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

May 17, 2001

FILED
SCRANTON

MAY 1 7 2001

PER _____
DEPUTY CLERK

Inmate Accounting
SCI-Rockview
P.O. Box A
Bellefonte, PA 16823

Re: CV 00-1856
Norris v Vaughn, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Leon Norris, Jr. ED-8178, indicates that Mr. Norris has a balance of $150.00.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist