## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF    Centre    :    CIVIL ACTION NO.    1:00-cv-01856

I, Francis M. Dougherty    being duly sworn, depose and say:

(1) I am employed as Business Manager at SCI - Rockview.
I have served in that capacity since December 22, 19 91.

(2) The plaintiff, LEON NORRIS    Reg. No. EA-8178
is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:
 a. Prison account
  1. Present balance: $ 91.61
  2. Total amount of deposits during six months preceding the filing of the complaint: $ 756.365
  3. Average monthly balance: $ 58.94
  4. Average monthly deposits: $ 126.06
 b. Employment
  1. Institution employment: $ 156.36
  2. Average monthly deposits: $ 26.06
 c. Other resources:
  PERSONAL GIFTS

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

Francis M. Dougherty, Business Manager

FILED SCRANTON
MAY 25 2001
PER _____ DEPUTY CLERK